1  RICHARD H. RAHM, Bar No. 130728
   rrahm@littler.com
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   T: 415.433.1940 / F: 415.399.8490
4
   JAMES E. HART, Bar No. 194168
5  jhart@littler.com
   THOMAS J. WHITESIDE, Bar No. 259505
6  twhiteside@littler.com
   LITTLER MENDELSON, P.C.
7  2050 Main Street, Suite 900
   Irvine, CA 92614
8  T: 949.705.3000 / F: 949.724.1201

9  CARLY NESE, Bar No. 265342
   cnese@littler.com
10 LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
11 Los Angeles, CA 90067.3107
   T: 310.553.0308 / F: 310.553.5583
12
   Attorneys for Defendants
13 KNIGHT TRANSPORTATION, INC. and
   KNIGHT TRUCK AND TRAILER SALES, LLC
14
                   UNITED STATES DISTRICT COURT
15
                  CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| PATRICK LACROSS, ROBERT LIRA and MATTHEW LOFTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona Corporation; KNIGHT TRUCK and TRAILER SALES, LLC, an Arizona Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF CARLY NESE IN SUPPORT OF DEFENDANTS KNIGHT TRANSPORTATION, INC. AND KNIGHT TRUCK AND TRAILER SALES, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>[28 U.S.C. §§ 1332, 1441 & 1446]<br><br>Complaint Filed: March 3, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

## DECLARATION OF CARLY NESE

I, Carly Nese, do hereby declare and state as follows:

1. I am attorney licensed to practice law in the State of California and before this Court. I am one of the attorneys representing Defendants Knight Transportation, Inc. and Knight Truck and Trailer Sales, LLC ("Defendants") in this case and make this declaration in support of Defendants' Notice of Removal to Federal Court. All of the information set forth herein is based on my personal knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit "1" is a true and correct copy of the documents served on Defendants on March 19, 2014 in the matter of *Patrick LaCross, Robert Lira and Matthew Lofton*, on behalf of themselves and all other similarly situated, vs. *Knight Transportation, Inc.*, an Arizona Corporation, and *Knight Truck and Trailer Sales, LLC*, an Arizona Limited Liability Company, Los Angeles County Superior Court Case No. CIVDS1402566, which includes the Summons, Civil Case Cover Sheet, Class Action Complaint, Certificate of Case Assignment, Certificate of Service and Alternative Dispute Resolution Information documents, including the providers list and forms.

3. Attached hereto as Exhibit "2" is a true and correct copy of Defendants' Answer to Plaintiffs' Complaint filed by Defendants in the Superior Court of California for the County of San Bernardino.

4. To my knowledge, as of today, no further process, pleadings, or orders related to this case have been filed in San Bernardino County Superior Court or served by any party.

5. As of today, no other parties have been named or validly served with the Summons and Complaint in this matter.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1  declaration was executed on April 18, 2014, at Los Angeles, California.

5  /s Carly Nese
   CARLY NESE

6  Firmwide:126411066.2 058898.1023

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

2.