James M. Trush, Esq. – SBN 140088
**Trush Law Office, APC**
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187
Tel: (714) 384-6390/Fax: (714) 384-6391
Email: jim@trushlaw.com

Todd H. Harrison, Esq. – SBN 230542
Brennan S. Kahn, Esq. – SBN 259548
**Perona Langer Beck Serbin Mendoza & Harrison APC**
300 E. San Antonio Drive
Long Beach, CA 90807
Tel: (562) 426-6155/Fax: (562) 490-9823
Email: toddharrison@plblaw.com

Attorneys for Plaintiffs, PATRICK LaCROSS, ROBERT LIRA and MATTHEW LOFTON, on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PATRICK LaCROSS, ROBERT LIRA and MATTHEW LOFTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation; KNIGHT TRUCK and TRAILER SALES, LLC, an Arizona Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. EDCV18-00771 JGB (JCx)<br>Courtroom: 1 (Riverside)<br>Hon. Jesus G. Bernal, Judge<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO REMAND TO STATE COURT**<br><br>Date: June 23, 2014<br>Time: 9:00 a.m.<br>CtRm: 1<br>Action Filed: 04/18/14 |

On June 23, 2014, at 9:00 a.m. or as soon thereafter as the matter could be heard in Courtroom 1 of the above referenced Court, the Honorable Jesus G.

---

1

Bernal, Judge presiding, Plaintiffs' motion to remand came on regularly for hearing. All parties were present and represented by counsel.

Good cause having been shown, therefore, IT IS ORDERED as follows:

1. Plaintiffs' motion to remand is GRANTED in its entirety and this matter is remanded to the California Superior Court for the County of San Bernardino;

2. It is further Ordered as follows:

DATED: _____          SIGNED:

_____
Hon. Jesus G. Bernal, Judge

M:\LaCross v. Knight - IC Case\USDC\[Proposed] Order re Ntc of Mo to Remand to State Court (05.16.14).doc

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, California. On May 19, 2014, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: Ntc. of Mo. & Mo to Remand to State Court; Points & Authorities in Support; Dec. of James M. Trush; Objections to Evidence; Certificate of Interested Parties; [Proposed] Order

SERVED UPON:       **SEE ATTACHED SERVICE LIST**

☒  (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of **Trush Law Office, APC** for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit;

☐  (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by **DDS Attorney Service** to receive documents to be delivered on the same date. A proof of service signed by the authorized courier is available upon request.

☐  (BY FEDERAL EXPRESS) I am readily familiar with the practice of **Trush Law Office, APC** for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery)

☐  (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is maintained at **Trush Law Office, APC**, and is available upon request.

☐  (BY ELECTRONIC MAIL) The above-referenced document was transmitted by electronic mail transmission to the electronic mail address last provided me by the person(s) shown on the accompanying Service List, and I hereby attest that no information was received by sender indicating that the electronic mail transmission was undeliverable.

☐  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before the Federal Courts.

Executed on May 19, 2016, at Costa Mesa, California.

*Julie Kennedy*

JULIE KENNEDY

# SERVICE LIST
## LaCross v. Knight Transportation - IC
### USDC/Central/Case No. EDCV18-00771 JGB (JCx)

| | |
|---|---|
| Richard H. Rahm, Esq.<br>Littler Mendelson, P.C.<br>650 California Street, 20th Floor<br>San Francisco, CA  94108-2693<br>rrahm@littler.com<br>T: 415-433-1940<br>F: 415-399-8490 | **Attorneys for Defendant**: KNIGHT TRANSPORTATION, INC. |
| James E. Hart, Esq./Thomas J. Whiteside, Esq.<br>Littler Mendelson, P.C.<br>2050 Main Street, Suite 900<br>Irvine, CA  92614<br>jhart@littler.com<br>twhiteside@littler.com<br>T: 949-705-3000<br>F: 949-724-1201 | |
| Carly Nese, Esq.<br>Littler Mendelson, P.C.<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA  90067-3107<br>cnese@littler.com<br>T: 310-553-0308<br>F: 310-553-5583 | |
| Todd H. Harrison, Esq. – SBN 230542<br>Brennan S. Kahn, Esq. – SBN 259548<br>Perona Langer Beck Serbin Mendoza & Harrison APC<br>300 E. San Antonio Drive<br>Long Beach, CA  90807<br>Telephone: (562) 426-6155<br>Facsimile:  (562) 490-9823<br>Email: toddharrison@plblaw.com | **Associate Counsel for Plaintiffs** |

rev. 04/23/14 jk    M:\LaCross v. Knight - IC Case\USDC\POS re Ntc of Mo & Mo to Remand to State Court (05.19.14).doc